**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Janice Jean Smith, | ) | No. CV 06-2101-PCT-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Northern Arizona Healthcare and Flagstaff Medical Center, | ) | |
| Defendants. | ) | |

Pending before the Court is Defendants' Motion to Dismiss Pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure. Plaintiff has failed to respond. Plaintiff was previously warned by this Court in relation to an earlier motion that failure to timely respond can result in dismissal. *See* Doc. # 23. Pursuant to Local Rule of Civil Procedure 7.2(i), the Court deems Plaintiff's failure to respond in this instance consent to the granting of the motion and will therefore dismiss this action.

Alternatively, the Court dismisses this action pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with court orders and failure to prosecute. On January 24, 2008, the Court set the Final Pretrial Conference in this case and ordered the parties, among other things, to "meet in person and exchange marked copies of all exhibits to be used at trial" by February 18, 2008 and to prepare and lodge a Joint Proposed Final Pretrial Order by March 3, 2008. Despite repeated efforts beginning on January 28, 2008,

1   Defendants have been unable to contact Plaintiff to arrange compliance with this order
2   because Plaintiff's address and telephone number on file with the Court are no longer current.
3   Neither Defendants nor the Court has been able to determine Plaintiff's whereabouts.

4          This is not the first time Plaintiff has failed to comply with a court order in this case.
5   On January 1, 2007, the Court ordered the parties to meet and develop a Joint Case
6   Management Plan to be filed not less than seven business days before the Rule 16 Scheduling
7   Conference.  Plaintiff failed to comply with this order, forcing Defendants to submit its own
8   separate plan.  At the scheduling conference, on February 26, 2007, the Court warned
9   Plaintiff that it was her responsibility to prosecute this case.

10         Accordingly,

11         **IT IS ORDERED** that, for the reasons stated above, and without prejudice to the
12  merits of Defendants' motion, Defendants' Motion to Dismiss (Doc. # 33) is **GRANTED**.
13  The Clerk of the Court shall dismiss this case and enter judgment accordingly;

14         **IT IS FURTHER ORDERED** vacating the Final Pretrial Conference scheduled for
15  April 14, 2008.

16         DATED this 12th day of March, 2008.

17

18

19   _____

20                James A. Teilborg
             United States District Judge

21

22

23

24

25

26

27

28